UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MALLORY B. ANTOVEL,<br><br>　　　　　　Defendant. | Case No. 9:21-PO-5034-KLD<br><br>VIOLATION: FBDW00G2<br><br>DISPOSITION CODE: PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

　　　Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated June 1, 2021, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $330.00 to $165.00, and Defendant has agreed to forfeit that amount.

　　　**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $165.00, which has been paid in full.

　　　DATED this 13th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KATHLEEN L. DESOTO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge